ROBERT S. BREWER, JR.
United States Attorney
JOSEPH J. PURCELL
Assistant U.S. Attorney
Cal. State Bar No. 139231
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7643
joseph.purcell@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN DOE-1 and JOHN DOE-2<br><br>Plaintiffs,<br><br>v.<br><br>SULLIVAN LAND SERVICES CO., LTD., d/b/a "SLS", d/b/a "SLSCO", LTD., and ULTIMATE CONCRETE OF EL PASO, LLC., d/b/a "ULTIMATE CONCRETE LLC.,<br><br>Defendants. | Case No.: 20-CV-0223-BAS (MDD)<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id*. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25

(9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States, and that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: December 3, 2020  Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

JOSEPH J. PURCELL
Assistant United States Attorney

Attorneys for Plaintiff
United States of America