ROBERT S. BREWER, JR.
United States Attorney
JOSEPH J. PURCELL
Assistant U.S. Attorneys
Cal. State Bar Nos. 139231
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7643
joseph.purcell@usdoj.gov

Attorneys for Plaintiff
United States of America

SCHEPER KIM & HARRIS LLP
MARC S. HARRIS (State Bar No. 136647)
MIRANDA LIEVSAY (State Bar No. 327308)
800 West Sixth Street, 18th Floor
Los Angeles, California 90017-2701
Telephone: 213) 613-4655
Mharris@scheperkim.com
mlievsay@schperkim.com

KRIEGER KIM & LEWIN LLP
NICHOLAS J. LEWIN
500 Fifth Avenue, 34th Floor
New York, NY 10110
Telephone: (212) 390-9550
nick.lewin@kklllp.com

Attorneys for Relators

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN DOE-1 and JOHN DOE-2<br><br>Plaintiffs,<br><br>v.<br><br>SULLIVAN LAND SERVICES CO., LTD., d/b/a "SLS", d/b/a "SLSCO", LTD., and ULTIMATE CONCRETE OF EL PASO, LLC., d/b/a "ULTIMATE CONCRETE LLC.,<br><br>Defendants. | Case No.: 20-CV-0223-BAS (MDD)<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION** |

The United States and Relators hereby jointly request that the Court dismiss the action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and 31 U.S.C. § 3730(b)(1). No answer has been filed or served in this action.

A proposed order is provided for the Court.

DATED: January 22, 2021

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

*s/Joseph J. Purcell*
JOSEPH J. PURCELL
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

*s/Nicholas J. Lewin*
NICHOLAS J. LEWIN
KRIEGER KIM & LEWIN LLP

Attorneys for Relators