# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SULLIVAN LAND SERVICES CO., LTD., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 20-cv-0223-BAS-MDD<br><br>**ORDER GRANTING RULE 41(a) MOTION TO DISMISS (ECF No. 13)** |

　　The United States and Relators move to dismiss the action without prejudice under Rule 41(a)(1) and 31 U.S.C. § 3730(b)(1). Good cause appearing, the Court **GRANTS** the motion (ECF No. 13) and **DISMISSES** this action **WITHOUT PREJUDICE**.

　　**IT IS SO ORDERED.**

**DATED: January 26, 2021**

Hon. Cynthia Bashant
United States District Judge